UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00044-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SIXTO VASQUEZ-AGUIRRE,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on March 19, 2007.  A Change of Plea hearing is set for **Thursday, April 26, 2007, at 10:00a.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  This is especially critical during the period from January to May, 2007 as the Court will be involved in a lengthy criminal trial.  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:  March 27, 2007