IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00044-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SIXTO VASQUEZ-AGUIRRE,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read said Motion and being fully advised in the premises finds:

THAT defendant Sixto Vasquez-Aguirre pleaded guilty to Count two of the Indictment and agreed to forfeit to the United States pursuant to 21 U.S.C. §853, all right, title, and interest to $19,000.00 in United States currency as set forth in Court 8 of the Indictment; and

THAT prior to the disposition of the asset, Immigration and Customs Enforcement (ICE) is required to seize the forfeited property and to provide notice to third parties pursuant to 21 U.S.C. §853(n).  Therefore, it Is Ordered, Decreed and Adjudged:

THAT Defendant Sixto Vasquez-Aguirre's interest in $19,000.00 in United States currency is forfeited to the United States in accordance with 21 U.S.C. §853.

THAT ICE, or its designated agent, is directed to seize and take custody of the property subject to forfeiture;

THAT ICE, or its designated agent, shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. §853(n) in a newspaper of general circulation in Denver, Colorado for three consecutive weeks and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. §853(n), in which all interests will be addressed.

Dated this 17th day of September, 2007.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
United States District Judge