UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00044-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. SIXTO VASQUEZ-AGUIRRE,

 Defendant.
_____

**FINAL ORDER OF FORFEITURE AND JUDGMENT**
_____

 THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment. The Court having reviewed the Motion FINDS:

 THAT the United States commenced this action pursuant to 21 U.S.C. §853;

 THAT a preliminary Order of Forfeiture was entered;

 THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. §853;

 THAT it appears there is cause to issue a forfeiture order under 21 U.S.C. §853

 NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

 THAT Judgment of Forfeiture of $19,000 in United States currency shall enter in favor of the United States pursuant to 21 U.S.C. §853, free from claims of any other party;

 THAT the United States shall have full and legal title to the forfeited property and

may dispose of it in accordance with law.

Dated: February 6, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge